# UNITED STATES DISTRICT COURT
## for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Horace Thomas Brame | ) Case No:  5:11-CR-34-1FL |
| | ) USM No:  55172-056 |
| Date of Original Judgment:  December 12, 2011 | ) |
| Date of Previous Amended Judgment: | ) Christopher J. Locascio |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  135  months  **is reduced to**  114 months.

The court upwardly departed pursuant to 4A1.3, because a criminal history category of V did not adequately reflect the severity of the defendant's past criminal history or the likelihood he will commit future crimes. The court departed to a total offense level of 23 and a criminal history category of VI, which produced a guideline range of 92 to 115 months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated December 12, 2011, shall remain in effect. **IT IS SO ORDERED.**

Order Date:  January 8, 2016

*Judge's signature*

Effective Date:  _____
*(if different from order date)*

Louise W. Flanagan, U.S. District Judge
*Printed name and title*